UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Sheila Larkins,

      Plaintiff,

v.                                      Case No. 20-10718

International United Auto Workers,      Sean F. Cox
                                                   United States District Court Judge

      Defendant.

_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE
## FOR FAILURE TO PAY FILING FEE

      Acting *pro se,* Plaintiff filed this action against Defendant, along with an application seeking to proceed *in forma pauperis*. In an order issued on April 10, 2020, this Court denied Plaintiff's application to proceed *in forma pauperis* and ordered that the filing fee must be paid no later than May 8, 2020. (*See* ECF No. 5).

      No filing fee having been paid by Plaintiff, IT IS ORDERED that this action is DISMISSED WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE.

      IT IS SO ORDERED.

                                                   s/Sean F. Cox
                                                 Sean F. Cox
                                                 United States District Judge

Dated: August 3, 2020